OAO91 (Rev. 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States Magistrate Court
DSO-SDTX
FILED
SEP 16 2014

David J. Bradley, Clerk
Laredo Division

UNITED STATES OF AMERICA

V.

Benito VASQUEZ
Nuevo Laredo, Mexico

**CRIMINAL COMPLAINT**

Case Number: 5:14mj1198

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.   On or about   September 14, 2014   In   Webb   County, in the   Southern   District of   Texas   Defendant(s) did,

*(Track Statutory Language of Offense)*

knowingly, willfully and unlawfully imported from a place outside the United States of America, to wit, the United Mexican States to a place in the United States of America, to wit, Laredo, Texas, a controlled substance listed under Schedule II, of the Controlled Substance Act, to wit, approximately seventeen (17.08) kilograms, gross weight, of methamphetamine.  In addition, the defendant did knowingly and unlawfully posses with the intent to distribute the above listed methamphetamine.  Furthermore, the defendant did knowingly and unlawfully conspire to import and possess with intent to distribute the above listed methamphetamine.

in violation of Title   21   United States Code, Section(s)   841(a)(1), 846 and 952   .

I further state that I am a(n)   Special Agent, Homeland Security Investigations   and that this complaint is based on the following facts:

SEE ATTACHMENT A

Continued on the attached sheet and made a part of this complaint:   X Yes   No

Signature of Complainant

Prisma K. Lopez
Printed Name of Complainant

Sworn to before me and signed in my presence,

September 16, 2014   at   Laredo, Texas
Date   City and State

Diana Song Quiroga, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# Attachment "A"

I, Prisma K. Lopez, a Special Agent of the Homeland Security Investigations (HSI), have knowledge of the following facts:

1. On September 14, 2014, Benito VASQUEZ, a Citizen of Mexico attempted to enter the United States via the Lincoln Juarez Bridge II in a 2002 Chevrolet Malibu displaying Tamaulipas license plate number XJJ 2353.

2. U.S. Customs and Border Protection (CBP) officers obtained a negative declaration from VASQUEZ. VASQUEZ stated to CBP officers that he was heading to Wal-Mart to do some shopping.

3. VASQUEZ was referred to secondary inspection. During the inspection, CBP officers discovered thirty six (36) cellophane wrapped packages containing a crystal like substance that field tested positive for methamphetamine. The 36 bundles had a gross weight of 17.08 kilograms and were concealed in non factory compartments located in the front fenders of the Malibu.

4. Homeland Security Investigations (HSI) special agents responded to the seizure and read VASQUEZ his rights pursuant to Miranda in the Spanish language. VASQUEZ waived his rights in writing and agreed to answer questions without an attorney being present.

5. VASQUEZ stated that he was hired by his fried Hector Hugo SANCHEZ to cross the Malibu into the U.S and drive it to Dallas, Texas where he was to deliver the vehicle with the narcotics to unknown subjects.

6. Upon further questioning, VASQUEZ stated that SANCHEZ told him that there would be five kilograms of Marijuana hidden in the Malibu and admitted that he was to be paid $5,000 Mexican pesos upon delivery of the vehicle in Dallas.